IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SANDY DRUMMOND, | § | |
| | § | |
| Plaintiff Below, | § | No. 63, 2021 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| DR. ISLAM AL JUNAIDI, M.D., | § | |
| and BAYHEALTH MEDICAL | § | C.A. No. K20C-07-023 |
| CENTER, INC., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: August 6, 2021
Decided: October 18, 2021

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## O R D E R

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its January 27, 2021 order.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s James T. Vaughn, Jr.
Justice

---

[1] *Drummond v. Al Junaidi*, 2021 WL 289320 (Del. Super. Ct. Jan. 27, 2021).